No. 05–7865. HOOK v. JETER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–7867. HOUGHTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7868. ISOM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7869. VAUGHN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7870. WILKERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7871. VASQUEZ v. SCIBAUNA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 05–7872. GREENUP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–7874. FORRESTER v. SNYDER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7875. COSTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7885. ARONJA-INDA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7886. MEMMINGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7888. WHITT v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA. C. A. 7th Cir. Certiorari denied.

No. 05–7889. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7890. HERNANDEZ-FLORES, AKA HERNANDEZ-GARCIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7891. FARRIOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.